# Sims *v.* Loeb *et al.*

APPEAL from the City Court of Montgomery, in Equit.y.
Heard before the Hon. A. D. SAYRE.

GORDON MACDONALD, for appellant.

CRUM & WEIL, for appellee.

The bill in this case was filed by the appellant against the appellees, seeking the specific performance of a contract.

On the submission of the cause on the pleadings and proof, the chancellor decreed that the complainant was not entitled to the relief prayed for and ordered the bill dismissed.

From this decree the complainant appeals, and assigns as error the rendition thereof.

The decree is affirmed.

Opinion by HARALSON, J.